IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TIFFANY CONWAY, et al., )
)
        Plaintiffs, )
)
v. ) No. 11 C 7257
)
CHICAGO HOUSING AUTHORITY, )
et al., )
)
        Defendants. )

MEMORANDUM ORDER

This Court's two-page October 17, 2011 memorandum order ("Order") addressed several aspects of this pro se action against Chicago Housing Authority ("CHA") and a number of contractors in the building trades, charging employment discrimination under Title VII. In part the sua sponte Order had to deny the case's moving forward at that time because no filing fee had been paid and only one of the three plaintiffs, Tiffany Conway ("Conway"), had submitted an In Forma Pauperis Application ("Application").

Now each of the other two plaintiffs, Joshua Bardney ("Bardney") and Paris Miller ("Miller"), has tendered an Application, so that the issue of payment or nonpayment of the $350 filing fee can be addressed in its totality. On that score, although Bardney's Application reflects that he is employed, Order at 2 had pointed out "that he most likely received his right-to-sue letter more than 90 days before the lawsuit was tendered," and he has offered nothing to indicate otherwise. And as for Miller, though he would otherwise have qualified for in

forma pauperis treatment in purely financial terms, Order at 2 had pointed out that "the Complaint is totally silent as to his invocation of Title VII's administrative procedures, so that he may not claim under that law at all." Like Bardney, Miller has provided no enlightenment on that defect.

Accordingly any possible claims by Bardney and Miller must be rejected, and each of them is dismissed as a plaintiff. That in turn calls for the dismissal of Morfin Construction General Carpentry Company, Inc. and Jerry and Sons Roofing and Remodeling Company as defendants, for the claim by remaining plaintiff Conway does not implicate either of those companies.

That means this action has been streamlined so that Conway stands alone as plaintiff, with the still-remaining defendants being CHA, Walsh Construction Company and Illinois Window and Glass, Inc. Conway is granted leave to proceed in forma pauperis, and this Court is contemporaneously issuing its customary initial scheduling order.

                                                      Milton I. Shadur
                                                      Senior United States District Judge

Date: October 28, 2011