IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TIFFANY CONWAY,                )
                               )
            Plaintiff,         )
                               )
      v.                       )     No. 11 C 7257
                               )
CHICAGO HOUSING AUTHORITY,     )
                               )
            Defendant.         )

## MEMORANDUM ORDER

Counsel for defendant Chicago Housing Authority ("CHA") has noticed up for presentment on May 22 (!) what he characterizes as a Motion for Enlargement of Time, explaining that he had mistakenly diaried the due date of the CHA's responsive pleading as May 27 rather than March 27 of this year. In addition, counsel explains that he is busy on other matters (unlike other lawyers, of course) and that he expects to have a motion to dismiss on file "within 21 days of the filing of the instant Motion for Extension."

This Court will take account of counsel's further statement that he will be out of the office between May 10 and May 15, but his other stated reasons for delay are unpersuasive. Although this pro se action took a long time to get to the point of service of process on the CHA on March 6, 2012 (this memorandum order will not cite the background events that led this to become a one-plaintiff-one-defendant lawsuit), the requested further delay is unreasonable. Accordingly defense counsel is ordered to

file his responsive pleading on or before May 25, and a status hearing is set for 9 a.m. June 8, 2012.

                                              _____
                                              Milton I. Shadur
                                              Senior United States District Judge

Date: May 11, 2012